UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-00161-PMP- GWF |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | O R D E R |
| CASEY LUCZAK, | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court for consideration is Defendant Casey Luczak's Motion to Suppress and for Return of Property (Doc. #18) filed November 14, 2008, Motion to Suppress (Doc. #19) filed November 14, 2008 and Motion Request for Hearing and for Review of Seized Evidence (Doc. #20) filed November 14, 2008. On February 18, 2009, the Honorable George Foley, Jr., United States Magistrate Judge, entered a Findings and Recommendation (Doc. #32) recommending that Defendant's motions be denied.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that Magistrate Judge Foley's Findings and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Defendant Casey Luczak's Motion to Suppress and for Return of Property (Doc. #18), Motion to Suppress (Doc. #19) and Motion Request for Hearing and for Review of Seized Evidence  (Doc. #20) are DENIED.

DATED:  March 9, 2009.

                                          PHILIP M. PRO
                                        United States District Judge