FILED

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:08-CR-161-PMP (GWF) |
| v. ) | |
| ) | |
| CASEY LUCZAK, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

This Court found on January 19, 2010, that CASEY LUCZAK shall pay a criminal forfeiture money judgment of $1,977,500.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461; and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CASEY LUCZAK a criminal forfeiture money judgment in the amount of $1,977,500.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461; and Title 21, United States Code, Section 853(p).

DATED this 26th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE