# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> CASEY LUCZAK, <br> Defendant. | 2:08-CR-00161-PMP-GWF <br><br> **ORDER** |

The Court having read and considered Defendant Casey Luczak's Motion to Delay Reporting Date from June 29, 2010 to July 27, 2010 (Doc. #97), filed on June 22, 2010, Plaintiff's Response thereto (Doc. #98) filed June 22, 2010, and good cause appearing,

**IT IS ORDERED that** Defendant Casey Luczak's Motion to Delay Reporting Date from June 29, 2010 to July 27, 2010 (Doc. #97) is **DENIED**.

**IT IS FURTHER ORDERED that** Defendant Luczak shall, not later than **July 12, 2010**, report to the facility designated by the Federal Bureau of Prisons or alternatively to the office of the United States Marshal for the District of Nevada at Las Vegas, by 12:00 noon pacific time.

DATED: July 7, 2010.

_____
PHILIP M. PRO
United States District Judge