# UNITED STATES DISTRICT COURT
District of __Nevada__

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | |
| CASEY LUCZAK | Case Number: 2.08-cr-161-GMN-GWF |
| | USM Number: 42940-048 |

**Date of Original Judgment:** 5/27/2010
(Or Date of Last Amended Judgment)

David J. Farnham, Retained
Defendant's Attorney

**Reason for Amendment:**
☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)
☑ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**
☑ pleaded guilty to count(s)  1 through 5, 7, 8, 10 through 20 and 22 through 27 of the Indictment
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1343 | Wire Fraud | 4/2005 | 1-5, 7, 8, 10-20, 22-26 |
| 18 USC § 1001 | False Statement | 4/26/2005 | 27 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☑ Count(s)  6, 9, and 21  ☐ is  ☑ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/26/2010
Date of Imposition of Judgment

*/s/ Gloria M. Navarro*
Signature of Judge

Gloria M. Navarro, Chief Judge     U.S. District Court
Name and Title of Judge

September 1, 2016
Date

7/5/2013
*Nunc Pro Tunc* Date

AO 245C (Rev. 02/08 Amended Judgment in a Criminal Case)  Case 2:08-cr-00161-GMN-GWF   Document 157   Filed 09/01/16   Page 2 of 13
Sheet 2 — Imprisonment                                                                 (NOTE: Identify Changes with Asterisks (*))

Judgment — Page 2 of 6

DEFENDANT: CASEY LUCZAK
CASE NUMBER: 2.08-cr-161-GMN-GWF

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

ONE HUNDRED TWENTY-ONE (121) MONTHS AS TO COUNTS ONE THROUGH FIVE, SEVEN, EIGHT, TEN THROUGH TWENTY AND TWENTY-TWO THROUGH TWENTY-SIX; SIXTY (60) MONTHS AS TO COUNT TWENTY-SEVEN, TO RUN CONCURRENT TO COUNTS ONE THROUGH FIVE, SEVEN, EIGHT, TEN THROUGH TWENTY AND TWENTY-TWO THROUGH TWENTY-SIZ, FOR A TOTAL OF ONE HUNDRED TWENTY-ONE (121) MONTHS.

☑ The court makes the following recommendations to the Bureau of Prisons:

The defendant be incarcerated in a facility in the State of Georgia, or as near the State of Georgia as can be designated.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☑ before 2 p.m. on    6/29/2010                .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245C (Rev. 02/08 Amended Judgment in a Criminal Case
Sheet 3 — Supervised Release (NOTE: Identify Changes with Asterisks (*))

Case 2:08-cr-00161-GMN-GWF Document 157 Filed 09/01/16 Page 3 of 13

Judgment—Page 3 of 6

DEFENDANT: CASEY LUCZAK
CASE NUMBER: 2.08-cr-161-GMN-GWF

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

FIVE (5) YEARS

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually. Revocation is mandatory for refusal to comply.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C . § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreem ent to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

AO 245C (Rev. 02/08) Amended Judgment in a Criminal Case
Sheet 3C — Supervised Release        (NOTE: Identify Changes with Asterisks (*))

Case 2:08-cr-00161-GMN-GWF   Document 157   Filed 09/01/16   Page 4 of 13

Judgment—Page 4 of 6

DEFENDANT: CASEY LUCZAK
CASE NUMBER: 2.08-cr-161-GMN-GWF

## SPECIAL CONDITIONS OF SUPERVISION

1. You shall not possess, have under your control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state, or local law.

2. You shall submit your person, property, residence, place of business and vehicle under your control to a search conducted by the United States probation officer or any authorized person under the immediate and personal supervision of the probation officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

3. You shall provide the probation officer access to any requested financial information, including personal income tax returns, authorization for release of credit information, and any other business financial information in which you have a control or interest.

4. You shall be prohibited form incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the probation officer.

5. You shall not enter, frequent, or be involved with any legal or illegal gambling establishment or activity, except for the purpose of employment, as approved and directed by the probation officer.

6. You shall report, in person, to the probation office in the district to which you are released within 72 hours of discharge from custody.

**ACKNOWLEDGEMENT**

Upon finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____    _____
         Defendant                   Date

_____    _____
U.S. Probation/Designated Witness    Date

AO 245C (Rev. 02/08 Amended Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties (NOTE: Identify Changes with Asterisks (*))

Case 2:08-cr-00161-GMN-GWF Document 157 Filed 09/01/16 Page 5 of 13

Judgment — Page 5 of 6

DEFENDANT: CASEY LUCZAK
CASE NUMBER: 2.08-cr-161-GMN-GWF

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 2,400.00 | $ | $ 4,288,158.74 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| (SEE ATTACHED LIST) |  | $4,288,158.74 |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTALS** | $ 0.00 | $ 4,288,158.74 |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C (Rev. 02/08) Amended Judgment in a Criminal Case
Sheet 6 — Schedule of Payments
Case 2:08-cr-00161-GMN-GWF   Document 157   Filed 09/01/16   Page 6 of 13
(NOTE: Identify Changes with Asterisks (*))
Judgment — Page 6 of 6

DEFENDANT: CASEY LUCZAK
CASE NUMBER: 2.08-cr-161-GMN-GWF

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☑ Lump sum payment of $ 4,290,558.74 due immediately, balance due

   ☐ not later than _____, or
   ☑ in accordance with ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☑ Special instructions regarding the payment of criminal monetary penalties:

   PAYABLE AT THE RATE OF ONE-THIRD OF DEFENDANT'S PRISON EARNINGS AND, THEREAFTER, AT THE RATE OF 10% OF DEFENDANT'S GROSS EARNINGS WHILE ON SUPERVISED RELEASE.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

   Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
   See attached Order of Forfeiture.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

U.S. v Casey Luczak
2:08-cr-00161-GMN-GWF
Restitution List

| First Name | Last Name | Business Name | Loss Amount |
|---|---|---|---|
| John | Cain | 315 Inc. | $29,180.40 |
| Andrew | Chalon | A Chalon Flooring Co., Inc. | $15,000.00 |
| | | ABO Investment | $20,000.00 |
| | | Abbey National PLC | $25,000.00 |
| | | Acorn Partners | $19,988.00 |
| Ross | Statham | Agile Risk Management Group LLC | $13,467.88 |
| | | AGM Auto Global Management GMBH | $7,000.00 |
| | | Agricane Limited | $5,000.00 |
| | | Alert Systems, Inc. | $5,000.00 |
| | | Alliance Investment Mgt. | $25,000.00 |
| | | Aloe N Herbs, Inc. | $5,000.00 |
| | | Amelion BioSciences, Inc. | $22,500.00 |
| | | American Millenium Fund LLC | $3,750.00 |
| Anthony | John | | $10,000.00 |
| Kritikos Andreas | Antonios | | $25,170.80 |
| Jennifer | Arrant | | $500.00 |
| Linda | Asta | | $5,000.00 |
| | | Attention Builders LLC | $6,000.00 |
| | | Aus-World Trading Pty Ltd. | $34,984.00 |
| | | Bachman Springs limited | $24,980.00 |
| Souleymane | Bamba | | $8,978.59 |
| Robert | Beene | | $13,467.88 |
| Beverly | Kelley | | $7,000.00 |
| | | BigTree Com,Inc | $3,500.00 |
| | | Bilasys Limited | $25,000.00 |
| Bruce W. | Bisbano | | $75,000.00 |
| Howard W. | Boltz | | $10,000.00 |
| Alec | Branson | Bransons Dreamland Sports, Inc. | $3,750.00 |
| | | Broadway Capital & Investment | $25,000.00 |
| Thelma Gee | Brown | | $3,750.00 |
| Chris | Zavatsky | Bulborama | $13,467.88 |
| | | BurgUet Inc. | $5,000.00 |
| Ashanti | Richardson | C & R Capital,LLC | $107,743.02 |
| | | Cairns General Wholesalers | $6,685.00 |
| Gurjinder | Singh | Cambridge Systems, Inc. | $31,425.05 |
| | | Canyon Villas Apartment Corp | $200.00 |
| | | Capital Resources Management LP | $25,000.00 |
| Mozelle | Carr | | $7,500.00 |
| | | Casa De Martinis | $49,973.00 |
| | | Cheetah Mobile Refueling,Inc. | $7,500.00 |
| | | Chef 2000, LLC | $10,000.00 |
| Chi | Cheng | | $100,000.00 |
| | | Cherry Management Advisers Inc. | $9,995.00 |
| | | ClipACoupon.com, Inc. | $8,000.00 |
| Reginald | Cobb | | $25,000.00 |
| Douglas B. | Coffman | | $22,446.46 |
| | | Colebay Tire Center | $10,000.00 |

U.S. v Casey Luczak
2:08-cr-00161-GMN-GWF
<u>Restitution List</u>

| | | | |
|---|---|---|---|
| Peter John | Collyer | | $19,970.00 |
| | | ComAuction, Inc. | $7,500.00 |
| | | Commerzbank AG | $2,000.00 |
| | | Companion LP | $15,000.00 |
| | | Consensus | $5,000.00 |
| Thomas | Doane | Continental Finance | $8,978.59 |
| Cooper | Macinnes | | $7,500.00 |
| | | Cybergrades Inc. | $24,985.00 |
| | | Dee & C Pecans RLLP | $20,000.00 |
| Brian | Deshields | | $25,000.00 |
| Donald | Rice | Direct Response Communications | $8,978.59 |
| Nick | Disla | | $6,285.01 |
| | | Drug Risk Solutions, LLC | $7,500.00 |
| | | Dubi Nigeria Company Limited | $9,982.00 |
| | | eBrandSoulutions.com, LLC | $6,000.00 |
| | | Edge Technologies, Inc. | $7,500.00 |
| Davis S. | Edwards | | $15,000.00 |
| Bret | Oxborrow | Elkhorn Rodeo, Inc | $6,733.94 |
| Virginia | Emmerson | | $12,500.00 |
| | | Energy Storage Technologies | $7,500.00 |
| Richard | Pundt | Enlighten Technologies | $8,978.59 |
| Themeliodomi | Ependyseis | | $74,935.00 |
| | | Escalante Group,LLC | $7,500.00 |
| | | E-Smart Services, Inc. | $25,000.00 |
| | | Events to the "T" Inc. | $25,000.00 |
| Richard | Crock | Excess Voice | $13,467.88 |
| | | F S Enterprises, Inc. | $3,750.00 |
| David | McCants | Faith Financial Services | $2,693.58 |
| | | Falcon Land & Gas Resources | $5,000.00 |
| Kevin | Fallen | | $31,425.05 |
| | | Famapiast Recycling Ltd | $4,975.00 |
| Randall & Isabelle | Farmer | | $5,000.00 |
| Gary & Penny | Cook | Fisher's Collision Center | $22,446.46 |
| Florence | Giles | | $1,346.79 |
| | | Forum of Switzerland  AG | $12,000.00 |
| Helge | Fossdal | | $5,975.00 |
| Mark | Evans | Franklin-James Corp | $10,000.00 |
| William | Fuoss | Fuoss Consulting Group | $2,500.00 |
| Paula | Galles | | $6,000.00 |
| Richard | Gannaway | | $4,000.00 |
| Judy & Sam | Garrett | | $3,366.97 |
| Donna | Gazner | | $5,000.00 |
| | | Gittlin Companies Inc. | $6,000.00 |
| | | Glavbolgarstrov | $14,980.00 |
| | | Global Net Commerce, Inc. | $7,500.00 |
| | | Global Systems & Technologies Corp | $2,500.00 |
| Eric | Su | Goality, Inc. | $17,957.17 |
| Nathaniel | Goodman | | $60,000.00 |
| Frank | DeFilippis | Grand Motor Sport | $80,807.27 |

U.S. v Casey Luczak
2:08-cr-00161-GMN-GWF
<u>Restitution List</u>

| | | | |
|---|---|---|---|
| | | Greater Valley Publication | $25,000.00 |
| Mansour | Al-Aiwi | Greenland Construction | $13,467.88 |
| | | Graveside Holdings Ltd. | $7,500.00 |
| | | Hackproof Ltd. | $35,000.00 |
| Emmanuel or Prisca | Laguerre | Haitian Christian Ministries,Iinc. | $1,000.00 |
| Patrick & Kimberly | Hannon | | $22,446.46 |
| James B. | Harris | | $1,500.00 |
| EV | Harrison | | $7,500.00 |
| | | Harvey Wang Legal Services | $15,000.00 |
| Stafford | Haughton | Haughton's Pharmacy | $29,180.40 |
| Notah L. | Hays | | $10,000.00 |
| w. | Miller | Headwall Ventures,Inc. | $29,180.40 |
| Jean | Heidker | | $14,250.00 |
| Ron & Thorn | Henshue | Henshue Construction | $6,733.94 |
| John | Herbert | | $7,500.00 |
| Ryan S. | Herndon | | $25,000.00 |
| Mitsuo | Higashimoto | | $35,000.00 |
| | | Hoffman Steel Fabrication Co., LLC | $7,500.00 |
| William | Hogan | | $5,387.15 |
| Bruce & Vilma | Howard | | $6,733.94 |
| Joe A. | Hubbel, Sr. | | $6,000.00 |
| | | ICC | $14,990.00 |
| | | Illiodomi AE | $24,970.00 |
| | | Imtechno Ltd. | $12,955.00 |
| Richard | Charland | Infinity Technology Services Inc. | $175,082.41 |
| Albert | Calloway | Information Becomes Money LLC | $44,892.93 |
| | | Infusion On Site Diagnostics | $5,000.00 |
| Kevin | McLaughlin | | $6,000.00 |
| Myles | Mclellan | Innisfil Beach Village | $33,557.46 |
| | | International Business Solutions | $10,000.00 |
| | | International Pool Management | $7,500.00 |
| | | International Technologies & Finance | $24,000.00 |
| Bob | Mason | IPEX Eagle Groups | $8,978.59 |
| | | Iproof | $22,446.46 |
| | | J & S Sales | $20,000.00 |
| Johnnie Lee | James, II | | $5,000.00 |
| | | Jem, Inc. | $5,000.00 |
| | | Joule Software, Inc. | $7,500.00 |
| Wilfried | Kiegele | | $6,000.00 |
| Kendall | Kikiyama | | $7,500.00 |
| Joseph & Debra | Knorr | | $9,876.42 |
| Phillip & Bette | Kraus | | $2,500.00 |
| James B. | Krepps | | $6,000.00 |
| Martin | Lapcarr | | $7,500.00 |
| Michael | Leavitt | Leavitt's Mortuary | $35,914.34 |
| Lee | Woo | | $60,000.00 |
| | | Legacy Communications Corp | $7,500.00 |
| | | Legendz Sportswear Inc. | $7,500.00 |
| Paul or Belle | Romeus | Love Institute Ministry of Grace Missions | $1,000.00 |

U.S. v Casey Luczak
2:08-cr-00161-GMN-GWF
Restitution List

| | | | |
|---|---|---|---|
| James | Mack | Macino Enterprises, Inc. | $26,935.76 |
| Stan | Mackay | | $4,000.00 |
| Daniele | Magnoni | | $50,000.00 |
| Robin | Marco | | $35,914.34 |
| | | Media Imaging Inc. | $6,000.00 |
| Marlena | Michaels | | $1,500.00 |
| | | Midwest Development Services | $10,000.00 |
| | | Midwest Software Test Lab Inc. | $6,000.00 |
| Elli | Mills | Mineral Ventures LLC | $6,733.94 |
| Ding Chun | Ming | | $9,985.00 |
| Adedolapo | Akinrele | Mondinvest limited | $17,951.17 |
| Anthony | Morales | | $13,467.88 |
| William | Morga | | $12,500.00 |
| | | MOS41nc. | $25,000.00 |
| | | Motivision America Inc. | $10,050.00 |
| | | Motivision Worldwide Pic | $2,500.00 |
| Madame Maubilu | Musumba | | $50,000.00 |
| Jacques | Napach | | $36,728.00 |
| Perry | Baty | National EDI Systems Corp. | $6,000.00 |
| | | National Financial Company | $15,460.00 |
| | | Net Content Creations, Inc. | $6,000.00 |
| | | Net Effect Technologies | $7,500.00 |
| Abel | Ngock | | $5,000.00 |
| | | Nuturite | $3,500.00 |
| Boryana | Sirakova | O.G.I.-2 Ltd | $15,000.00 |
| | | Old Republic National Title Ins | $7,500.00 |
| Deborah | Osborne | Optimal Engineering | $6,733.94 |
| Or | Helene Kohr | | $7,500.00 |
| Mark | McAfee | Organic Pastures Dairy Co | $6,733.94 |
| D. Bruce | Westcott | Over The Moon Recording Co.,Inc. | $2,244.65 |
| Charles | Horne | Pacific Rim Development Group | $6,765.36 |
| Rick & Christina | Palmer | | $13,467.88 |
| Max | Petit-Papa | | $2,000.00 |
| Joseph | Riima | Pharmagen International | $6,733.94 |
| | | Pharmasia Ltd. | $6,000.00 |
| Douglas R. | Sbarra | Picture Perfect OHC&M,Inc. | $11,000.00 |
| | | Power Generating Inc. | $7,500.00 |
| | | Practice Masters, Inc. | $12,050.00 |
| Glenn | Preciado | | $8,978.59 |
| Phillip | Price | | $5,387.15 |
| | | Profound Learning Systems, Inc. | $10,000.00 |
| | | QuantumCompression, Inc. | $7,500.00 |
| Patrick | Quarry | | $5,000.00 |
| Elizabeth | Radochonski | | $6,000.00 |
| | | Rapid Energy Ltd. | $7,500.00 |
| Terry | Rawstern | | $45,000.00 |
| John | Rectenwald | | $12,500.00 |
| David | Schum | Renaissance Radio | $6,733.94 |
| Jay | Whang | Rhew Hospitals | $31,425.05 |

U.S. v Casey Luczak
2:08-cr-00161-GMN-GWF
<u>Restitution List</u>

| | | | |
|---|---|---|---|
| | | Right Time Productions | $25,000.00 |
| | | Rocking International Enterprises | $5,000.00 |
| Edward | Ruidiaz | Oscar Rodriguez | $60,000.00 |
| | | Sansara Foundation | $7,475.00 |
| | | School Technology Management | $7,500.00 |
| Ted | Howard | Senior Trends Networks LLC | $29,180.40 |
| | | SepraDyne Corp. | $2,000.00 |
| | | Serenity Records, Inc. | $5,000.00 |
| Santander | Serfin | | $1,607.00 |
| | | Serge Holdings | $7,496.00 |
| Michael | Shannon | | $7,500.00 |
| | | Sho Sum Inc. | $2,500.00 |
| | | Shopbistro, Inc. | $7,500.00 |
| Ramesh | Shah | Sigma Biologics,Inc. | $2,500.00 |
| Ronnie | Simpson | | $7,500.00 |
| | | Skill Technologies, Inc. | $6,000.00 |
| Chris | Bongirne | Smokestack Productions Inc. | $5,387.15 |
| | | Snyder/Brazos | $10,000.00 |
| E | Arnal | Societe Cavaliere SA | $55,000.00 |
| Daniel G. | Somers | Las Vegas Resort Golf Vacation Homes | $22,446.46 |
| | | SP Consultancy Pty Ltd. | $6,680.00 |
| | | St. Andrews Village At Heather Gardens | $25,000.00 |
| Mel | Jones | Sterling Planet Inc. | $30,527.19 |
| Brian | Watwood | SuperQuad LLC | $32,500.00 |
| | | Sutton Products, Inc. | $3,000.00 |
| Christeen | Sweat | | $4,000.00 |
| Michael D. | Sweetnam | | $10,000.00 |
| William | Taylor | Technical Typessetting HIPPA Information Gr | $7,500.00 |
| | | The Bank of Nova Scotia | $7,500.00 |
| | | The Canyon Group LLC | $100,000.00 |
| | | The Creative Impact Group, Inc. | $700.00 |
| | | The Fredrick Group, Inc. | $5,000.00 |
| | | Theseus Logic | $7,500.00 |
| Thomas Carl | Thomsen | | $14,988.00 |
| RD | Tilbury | | $2,500.00 |
| Michael | Petyo | TIMI Construction Company | $9,382.62 |
| Lucille | Atilla | Top Rate Insurance Services | $6,000.00 |
| | | Top Sports Inc. | $5,000.00 |
| Tamas | Torok | | $3,480.20 |
| Amy | Brooks | Touch of the Caribbean | $8,978.59 |
| | | Transaction Management Service | $4,980.00 |
| | | Transamerican, Inc. | $25,000.00 |
| | | Transformation Net Media, LLC | $5,000.00 |
| | | Tronika Limited | $44,982.00 |
| Wendy | Tyler | | $25,000.00 |
| Yuriko | Uchino | | $10,000.00 |
| | | Uni Trend Esco Ltd SP Zoo | $24,965.00 |
| Kenneth | Hankin | Universal Healthcare | $38,158.99 |

U.S. v Casey Luczak
2:08-cr-00161-GMN-GWF
<u>Restitution List</u>

| | | | |
|---|---|---|---|
| Current | Manager | Universal Solutions Group Inc | $3,750.00 |
| Peter | Kwett | US Notes Investments Group,Inc. | $17,500.00 |
| Constance | Van Hook | | $15,000.00 |
| Lawrence | Vasasz-Eiitco | | $7,500.00 |
| | | Venture Business Consultants | $4,000.00 |
| | | Versatex Trading | $14,965.00 |
| | | Versatile Imaging Co. Inc. | $15,000.00 |
| | | Vianet Tehnologies | $7,500.00 |
| Victor | Della Rossa | Vic Davidson Music/Pro Multi-Media | $5,387.15 |
| Virgil | Gilbreath | ARD LLC | $5,387.15 |
| Ray & Jennifer | Walliss | | $17,957.17 |
| Michelle | Wilbers | WhatHelps Inc. | $4,489.29 |
| Donald | Wier | | $5,000.00 |
| Kenneth & June | Wilkinson | | $7,500.00 |
| Perry & Linda | Williams | | $3,000.00 |
| Mike | Williams | | $5,000.00 |
| John | Lee | Wonderland Developments | $22,446.46 |
| | | Woods of the World Inc. | $20,000.00 |
| | | Worknet Inc. | $7,500.00 |
| Majdi z. | Almuhtade | World Market R&D | $3,500.00 |
| | | YellowStone (Hong Kong) Ltd. | $5,000.00 |
| Lam Yim | Yuk | | $9,980.00 |
| Adam | Zdenek | | $30,000.00 |
| Archie | Zeithamer | | $5,000.00 |
| | | United States Marshall's Service | $172,936.76 |
| TOTAL: | | | $4,288,158.74 |

FILED

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:08-CR-161-PMP (GWF) |
| CASEY LUCZAK, ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

This Court found on January 19, 2010, that CASEY LUCZAK shall pay a criminal forfeiture money judgment of $1,977,500.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461; and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CASEY LUCZAK a criminal forfeiture money judgment in the amount of $1,977,500.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461; and Title 21, United States Code, Section 853(p).

DATED this 26h day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE