UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CASEY LUCZAK,<br><br>Defendant. | 2:08-cr-0161-GMN<br><br>**CLARIFICATION ORDER** |

The matter before the court is to clarify the order of restitution previously entered as part of the Amended Judgment in a Criminal Case on September 1, 2016.  Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to David A. Schum in place of Renaissance Radio, Inc.  Total amount of the original restitution ordered for Renaissance Radio, Inc. was $6,733.94.  All unpaid restitution for Renaissance Radio, Inc. will be paid to David A. Schum.

Dated this 12 day of April, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court